United States District Court
Southern District Of Texas
FILED

SEP 16 2020

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| v. | § Criminal No. M-20-1825-M |
| ADRIANA GANDARILLA | § § § |
| Defendant. | § |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
### (Deprivation of Civil Rights – 18 U.S.C. § 242)

On or about May 6, 2018, in La Joya, Texas, in the Southern District of Texas, and within the jurisdiction of this Court, the defendant,

**ADRIANA GANDARILLA**

while acting under color of law, verbally commanded M.P. to stop recording law enforcement activities using her cell phone and physically forced M.P. to delete from her cell phone a recorded video of law enforcement activity by grabbing M.P. by her neck and arms and pushing M.P. against the front outside wall of her residence, willfully depriving M.P. of the rights, protected and secured by the United States Constitution, to record public officials engaged in the public discharge of their duties; to not be subjected to unreasonable seizure by a law enforcement officer; and

1

to not be subjected to unreasonable force by a law enforcement officer.

In violation of Title 18, United States Code § 242.

       RYAN K. PATRICK
       UNITED STATES ATTORNEY

By: *Sebastian A. Edwards*
       Sebastian A. Edwards
       Assistant United States Attorney
       713-567-9503