# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

UNITED STATES OF AMERICA

v.                                                         Case Number: 7:20–mj–01825

Adriana Gandarilla

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

J Scott Hacker

**PLACE:**

Bentsen Tower
1701 W. Hwy. 83
McAllen, Texas 78501

**DATE:** 9/18/2020

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Initial Appearance


Date:   September 17, 2020

                                                                David J. Bradley, Clerk