# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                  Case Number: 7:20–mj–01825

Adriana Gandarilla

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

J Scott Hacker

**PLACE:**

United States District Court
1701 W. Bus. Hwy. 83
McAllen, TX

**DATE:** 9/18/2020

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Initial Appearance

Date:    September 18, 2020

David J. Bradley, Clerk