United States District Court
Southern District Of Texas
FILED

SEP 18 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CASE NO. 7:20-MJ-1825 |
| ADRIANA GANDARILLA | § | |

## WAIVER OF RIGHTS AND CONSENT TO PLEA/SENTENCING BY VIDEO CONFERENCE

I, ADRIANA GANDARILLA, acknowledge that I have a right to appear before a United States District Judge in person when pleading guilty or being sentenced. I further acknowledge that I may waive the right to plead guilty or be sentenced in person before the District Judge, under Federal Rule of Criminal Procedure 43(c).

I discussed the implications of waiving these rights with my attorney on September 18, 2020, and I understand the consequences of such a waiver. I am choosing to knowingly, intelligently, and voluntarily waive my rights to plead guilty or be sentenced in person. I have orally consented to this waiver in the presence of my Counsel. I am unable to sign this document; however, I consent to my attorney signing on my behalf. I consent to the Court accepting my guilty plea and/or sentencing me via video conferencing, or telephone conferencing if video conferencing is not reasonably available.

I am waiving my rights and consenting of my own free will and volition. Nobody, including my attorney, has insisted upon, coerced or improperly influenced me in my decision to waive my rights and consent to a guilty plea or sentencing via video conferencing, or telephone conferencing if video conferencing is not reasonably available. This information was fully explained to me in the Spanish language, if needed.

| Defense Counsel | Defendant | Date 9/18/20 |
|---|---|---|
| Reynaldo M. Merino | | |

1 / 1