United States District Court
Southern District Of Texas
FILED

SEP 18 2020

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CASE NO. 7:20-mj-01825 |
| ADRIANA GANDARILLA | § | |

## DEFENDANT'S CONSENT TO APPEAR BY VIDEO TELECONFERENCE

I, ADRIANA GANDARILLA, Defendant, understand that I will be appearing before a federal judge at the United States District Court. I further understand that the courthouse is equipped with video teleconferencing equipment which permits me to see and speak with the Judge by video teleconference rather than appearing in person. I further understand that I have the right to appear in person before a Judge or that I can waive that right and consent to a hearing by video teleconference.

By signing this form I understand that I am giving my consent to allow all court proceedings or hearings to be conducted by video teleconference. This consent to appear by video teleconference is provided freely and voluntarily, with the advice of my attorney, and no threats or promises have been made to compel me to sign this form.

Dated: 9/18/20

_____
Adriana Gandarilla
Defendant

_____
Reynaldo M. Merino
Attorney for Defendant